**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. DLB-25-137** |
| | * | |
| **JOEL THOMAS BIERMANN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | ****** | |

## GOVERNMENT'S NOTICE OF FILING UNDER THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States hereby provides notice that it has made an *ex parte, in camera* submission to the Court under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. § App. 3.


KELLY O. HAYES
UNITED STATES ATTORNEY

By: _____/s/_____
Megan S. McKoy
Thomas M. Sullivan
Assistant United States Attorneys

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-25-137 |
| | * | |
| JOEL THOMAS BIERMANN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

\*\*\*\*\*\*

## PROPOSED PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)

The Court, having carefully considered the Government's Motion and Memorandum of Law for a Protective Order and accompanying materials, which were filed *ex parte*, *in camera* on May 15, 2026 (the "Motion"), hereby **GRANTS** the Government's Motion for a Protective Order pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") and Fed. R. Crim. P. 16(d)(1).

The Court finds that the Government's Motion was properly filed *ex parte*, *in camera*, for this Court's review pursuant to CIPA Section 4 and Fed. R. Crim. P. 16(d)(1). The Court conducted an *ex parte*, *in camera* review of the Government's classified Motion and the supporting classified materials.

On the basis of the Court's review of the arguments set forth in the Government's Motion, the Court finds that the classified information identified in the Motion is not "relevant and helpful" to the defense under *Roviaro v. United States*, 353 U.S. 53 (1957), and *Smith v. United States*, 780 F.2d 1102, 1105, 1107-09 (4th Cir. 1985) (*en banc*) (applying the *Roviaro* standard to government's classified information privilege).

In addition, the Court finds that the defendant's interest in disclosure of the classified information is substantially outweighed by the Government's interest in protecting national security information and the sources and methods by which it is obtained. The Court also finds that the withholdings authorized by this Order are consistent with the Government's discovery obligations under Federal Rule of Criminal Procedure 16, and *Brady v. Maryland*, *Giglio v. United States*, and their progeny.

Accordingly, **IT IS ORDERED** that the Government is authorized to withhold from discovery to the defendant the specified classified information identified in the Government's Motion. **IT IS FURTHER ORDERED** that the Government's Motion shall not be disclosed to the defendant, and shall be sealed and maintained in a facility appropriate for the storage of classified information by the Classified Information Security Officer as the designee of the Clerk of Court in accordance with established security procedures, for any further review, until further notice of this Court.

IT IS SO ORDERED.


DATED: _____                       _____
                                         The Honorable Deborah L. Boardman
                                         United States District Judge